**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 262 EAL 2022

            Respondent          :

                      :  Petition for Allowance of Appeal
                      :  from the Order of the Superior Court

            v.            :

ROBERT SPIVEY,           :

            Petitioner          :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 4th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.